## UNIVERSAL SURVEILLANCE SYSTEMS, INC., Plaintiff–Appellant,

v.

## SENSORMATIC ELECTRONICS CORPORATION, Defendant–Appellee.

No. 03–1231.

United States Court of Appeals, Federal Circuit.

April 22, 2003.

*ORDER*

Universal Surveillance Systems, Inc. moves without opposition to voluntarily dismiss 03–1231.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

Gregory A. SMITH, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–1146.

United States Court of Appeals, Federal Circuit.

April 23, 2003.

*ORDER*

The court received the appellant's initial partial payment of the docketing fee on March 25, 2003. Upon consideration thereof,

IT IS ORDERED THAT:

The appeal having been dismissed in error on April 14, 2003, for failure to make an initial partial payment, the mandate is hereby RECALLED and the appeal is REINSTATED.